FILED
5/26/17 2:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Cloid J. Vancise | : | Bankruptcy No. 17-10426 |
|   Melissa M. Vancise | : | |
|     Debtors | : | |
| | : | Chapter   13 |
| Cloid J. Vancise & Melissa M. Vancise | : | |
| Movants | : | |
| | : | Related to Document No.   13 |
|     v. | : | |
| | : | |
| No Respondent | : | |
| | : | |

### ORDER GRANTING AN ADDITIONAL CONTINUANCE TO COMPLETE FILE

Now, upon Debtors' Motion for an Order granting Counsel an additional two weeks to complete this filing, said Motion is GRANTED, counsel shall complete this file by June 7, 2017. No further extensions shall be Granted.

By the Court

_____
Thomas P. Agresti, Judge USBC/WDPA

Dated: May 26, 2017

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 17-10426-TPA
Cloid J. Vancise                                                    Chapter 13
Melissa M. Vancise
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: lfin            Page 1 of 1           Date Rcvd: May 26, 2017
                              Form ID: pdf900       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2017.
db/jdb         +Cloid J. Vancise,    Melissa M. Vancise,    5236 Beaver Street,    Springboro, PA 16435-4440

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              John E. Nagurney    on behalf of Joint Debtor Melissa M. Vancise courtnagurney@zoominternet.net
              John E. Nagurney    on behalf of Debtor Cloid J. Vancise courtnagurney@zoominternet.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5