Form 224

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Cloid J. Vancise
aka Jim Vancise
Melissa M. Vancise
fka Melissa Hoag**
   Debtor(s)

Bankruptcy Case No.: 17−10426−TPA

Chapter: 13
Docket No.: 16 − 1

## **CERTIFICATION**

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **April 26, 2017** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **June 7, 2017** and failure to meet that deadline would result in the dismissal of the case.

As of **June 12, 2017,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

                                                   Michael R. Rhodes
                                                   Clerk

## **ORDER**

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Each *Income Attachment* issued in the case is now **TERMINATED.**

Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: June 12, 2017                                                   Thomas P. Agresti
                                                                         United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                            Case No. 17-10426-TPA
Cloid J. Vancise                                                  Chapter 13
Melissa M. Vancise
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1         User: lfin              Page 1 of 1          Date Rcvd: Jun 12, 2017
                             Form ID: 224            Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2017.
```
db/jdb         +Cloid J. Vancise,   Melissa M. Vancise,   5236 Beaver Street,   Springboro, PA 16435-4440
14410851       +Coml Accept,   2300 Gettysburg Rd,   Camp Hill, PA 17011-7303
14410854       +Fedloan,   Po Box 60610,   Harrisburg, PA 17106-0610
14410855       +First Data,   265 Broad Hollow R,   Melville, NY 11747-4833
14410856       +Fnb Cons Disc Co,   908 Park Ave,   Meadville, PA 16335-3331
14410859       +Northwest Consumer Dis,   3307 Liberty St,   Erie, PA 16508-2558
14410862       +PNC Bank, National Association,   3232 Newmark Dr.,   Miamisburg, OH 45342-5421
14410863       +PNC Mortgage,   PO Box 1820,   Dayton, Ohio 45401-1820
14411700       +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14410860       +Penelec,   PO Box 16001,   Reading PA 19612-6001
14410861       +Penn Credit,   916 S 14th St,   Harrisburg, PA 17104-3425
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14410852       +EDI: CONVERGENT.COM Jun 13 2017 00:53:00       Convergent Outsourcing,   800 Sw 39th St,
                 Renton, WA 98057-4975
14410853       +EDI: DCI.COM Jun 13 2017 00:53:00       Diversified Consultant,   10550 Deerwood Park Blvd,
                 Jacksonville, FL 32256-0596
14410857       +EDI: RESURGENT.COM Jun 13 2017 00:53:00       Lvnv Funding Llc,   Po Box 10497,
                 Greenville, SC 29603-0497
14410858       +E-mail/Text: bankruptcy@matcotools.com Jun 13 2017 01:06:32       Matco Tools,   4403 Allen Rd,
                 Stow, OH 44224-1098
14637677        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 13 2017 01:05:43
                 Pennsylvania Department of Revenue,   Bankruptcy division, P O Box 280946,
                 Harrisburg P A 17128-0946
14410864       +EDI: PRA.COM Jun 13 2017 00:53:00       Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
14635417        EDI: WFFC.COM Jun 13 2017 00:53:00       Wells Fargo Bank N.A.,,
                 d/b/a Wells Fargo Dealer Services,   PO Box 19657,   Irvine, CA 92623-9657
14410865       +EDI: WFFC.COM Jun 13 2017 00:53:00       Wfds,   Po Box 1697,   Winterville, NC 28590-1697
14410866       +E-mail/Text: collections@widgetfinancial.com Jun 13 2017 01:05:50       Widget Financial,
                 2154 E Lake Rd,   Erie, PA 16511-1140
                                                                                              TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              NATIONSTAR MORTGAGE LLC
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2017 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com
              John E. Nagurney    on behalf of Joint Debtor Melissa M. Vancise courtnagurney@zoominternet.net
              John E. Nagurney    on behalf of Debtor Cloid J. Vancise courtnagurney@zoominternet.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```